DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL HEMINGER,**
Appellant,

v.

**BAYVIEW LOAN SERVICING, LLC,**
Appellee.

No. 4D17-1964

[March 7, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE14019610.

Jeffrey M. Liggio and Geoff S. Stahl of Liggio Law, West Palm Beach, Robert C. Gindel, Jr. of Robert C. Gindel Jr., P.A., Boynton Beach, and Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

William S. Isenberg and Jonathan L. Blackmore of Phelan Hallinan Diamond & Jones, PLLC, Ft. Lauderdale, for appellee.

PER CURIAM.

*Affirmed.  See Davenport v. Dimitrijevic*, 857 So. 2d 957, 963 (Fla. 4th DCA 2003); *Shienvold v. Habie*, 627 So. 2d 1203, 1205 (Fla. 4th DCA 1993).

WARNER, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***